UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| JORGE LUIS RAMOS ORTIZ and FRANSISCO MARTINEZ, | : : : | |
| Plaintiffs, | : : | CIVIL ACTION |
| v. | : : : : | 06-3062 |
| CARMEN PARAMO, MARTIN J. CATALANO FARMS, LLC., and MARTIN CATALANO, | : : : : | |
| Defendants. | : | |

**THIS MATTER** having come before the Court on the motion of Defendants Martin J. Catalano and Martin J. Catalano Farms, LLC ("Catalano") for summary judgment on the Complaint of Plaintiffs Jorge Luis Ramos Ortiz and Fransisco Martinez ("Plaintiffs"); and on the cross-motion of Plaintiffs for summary judgment against Defendant Catalano and Defendant Carmen Paramo ("Paramo"); and the Court having considered the moving papers and the opposition thereto; and for the reasons expressed in the accompanying Opinion issued this date;

**IT IS HEREBY ORDERED** that Defendant Catalano's motion for summary judgment is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiffs' motion for summary judgment is **GRANTED** as to Plaintiffs' claims under Fair Labor and Standards Act, 29 U.S.C. 29 U.S.C. § 216(b) ("FLSA"), and the New Jersey Wage and Hour Law, N.J.S.A. § 34:11-56.4(a). Plaintiffs

are also granted summary judgment on their claims against Defendants Catalano and Paramo for violations of the Migrant and Seasonal Migrant Agricultural Worker Protection Act ("AWPA") at 29 U.S.C. § 1821(d) and § 1822(a).

**IT IS FURTHER ORDERED** that Plaintiffs' motion for summary judgment is **GRANTED** on their claims against Paramo for violations of 29 U.S.C. § 1811(b) and § 1821(c) and (e).

**IT IS FURTHER ORDERED** that Plaintiffs' motion for summary judgment is **DENIED** for their claims under 29 U.S.C. § 1811(a), § 1821(a), and § 1842.


Date:       9-19-08                                              /s/ Robert B. Kugler
                          ROBERT B. KUGLER
                          United States District Judge